# IN THE SUPREME COURT FOR THE STATE OF TENNESSEE

## AT KNOXVILLE, TENNESSEE

**FILED**

NOT FOR PUBLICATION

February 1, 1999

Filed:  February 1, 1999

Cecil W. Crowson

Appellate Court Clerk

| | | |
|---|---|---|
| ROBBY McCURRY | ) | CAUSE NO. |
| | ) | 03S01-9705-CH-00050 |
| Plaintiff/Appellee | ) | |
| | ) | CAMPBELL CHANCERY |
| CONTAINER CORPORATION OF | ) | P-13,742 Below |
| AMERICA, a Division of | ) | |
| Jefferson Smurfit | ) | |
| Corporation | ) | |
| | ) | |
| Defendant/Appellant. | ) | |

## ORDER

The appellee, Robby McCurry, filed a second motion to rehear on December 28, 1998, petitioning this Court to reconsider our decision in the above styled case. The appellee filed this petition without first seeking permission from this Court as prescribed in Rule 39(f) of the Tennessee Rules of Appellate Procedure. Accordingly, the motion is not well taken.

Nevertheless, we have considered the appellee's motion and conclude that it is without merit.

It is, therefore, ordered that the motion to rehear is denied.

**PER CURIAM**

Drowota, Birch, Holder, Barker, JJ.;
Anderson, C.J., not participating.